UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20309-RKA

WINDY LUCIUS,

    Plaintiff,

v.

SAYATEX, LLC, d/b/a Sitka Semsch

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Windy Lucius, by and through the undersigned counsel, notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought here and are working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines and grant the Parties 30 days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted on March 28, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Lucius v. Sayatex  
Case No. 24-cv-20309-RKA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*