UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20309-RKA

WINDY LUCIUS,

    Plaintiff,

v.

SAYATEX, LLC, d/b/a Sitka Semsch

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, under Fed. R. Civ. P. Rule 41(a), and this Court Order [DE 13], hereby gives notice that she voluntarily dismisses this action with prejudice against, Defendant, SAYATEX, LLC, d/b/a Sitka Semsch, and respectfully requests this Court to terminate the action.

Respectfully submitted this May 21, 2024.

                                              By: */s/ J. Courtney Cunningham*
                                              J. Courtney Cunningham, Esq.
                                              FBN: 628166
                                              J. COURTNEY CUNNINGHAM, PLLC
                                              8950 SW 74th Court, Suite 2201
                                              Miami, Florida 33156
                                              T:  305-351-2014
                                              cc@cunninghampllc.com
                                              legal@cunninghampllc.com

                                              *Counsel for Plaintiff*

Lucius v. Sayatex<br>
Case No. 24-cv-20309-RKA

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2024., an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*