UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20309-ALTMAN/Sanchez

**WINDY LUCIUS**,

    *Plaintiff*,

v.

**SAYATEX, LLC** *d/b/a* Sitka Semsch,

    *Defendant.*

_____/

## ORDER OF DISMISSAL

The Plaintiff has filed a Notice of Voluntary Dismissal [ECF No. 14] pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED** *with prejudice*. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on May 21, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record